EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Leida Pagán Torres | 2017 TSPR 75<br><br>197 DPR ____ |

Número del Caso: TS-10971


Fecha: 12 de mayo de 2017


Abogado de la Peticionaria:

      Lcdo. Virgilio Mainardi Peralta


Oficina de Inspección de Notarías:

      Lcdo. Manuel Avila de Jesús
      Director


Materia: Reinstalación al ejercicio de la notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Leida Pagán Torres                TS-10,971

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de mayo de 2017.

Atendida la *Moción Solicitando Reinstalación de la Notaría* presentada por la Lcda. Leida Pagán Torres el 3 de mayo de 2017, se le reinstala al ejercicio de la notaría, previa presentación de evidencia de que posee una fianza notarial vigente de conformidad con el Artículo 7 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo